# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN

| | | |
|---|---|---|
| **DEREK MORTLAND,** | ) | CASE NO. 1:24-CV-00073 |
| Plaintiff, | ) | JUDGE GREG N. STIVERS |
| vs. | ) | |
| **LAXMI HOTELS LLC,** | ) | **ORDER GRANTING PLAINTIFF DEREK MORTLAND'S MOTION FOR SUBSTITUTION** |
| Defendant. | ) | |

At the request of Plaintiff Derek Mortland, and for good cause shown, Plaintiff's request, made pursuant to Fed. Civ. R. 17 for the substitution of real party in interest, is GRANTED. Om Hanumante LLC is hereby substituted as defendant for Laxmi Hotels LLC. The Clerk of Courts is directed to modify the case caption accordingly.

Plaintiff's complaint against Laxmi Hotels LLC is hereby dismissed without prejudice.

The Court directs Mortland's counsel to make service on Om Hanumante LLC forthwith.

IT IS SO ORDERED.

*[signature]*

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

November 26, 2024

APPROVED:

/s/ *Colin G. Meeker*
COLIN G. MEEKER (#0092980)