**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**CIVIL ACTION NO: 1:24-CV-00073-GNS-HBB**

**DEREK MORTLAND,**                                                                 **PLAINTIFF**

**v.**

**OM HANUMANTE LLC,**                                              **DEFENDANT**

## MOTION TO DIMSISS

Comes the Defendant Om Hanumante LLC ("Hanumante"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) moves to dismiss the Complaint against it for failure to state a claim upon which relief may be granted.

Hanumante is the current owner of the real property that is the subject of this case. Hanumante was substituted for the previous owner as the defendant in this case. However, aside from the transfer of title, no other interest was transferred to Hanumante. Hanumante has no legal liability for alleged violations of Title III of the Americans with Disabilities Act, 42 USC § 12181 *et seq*. ("ADA") or state laws which occurred before it purchased the subject property. Further, Mortland's complaint fails to allege sufficient facts that would warrant injunctive relief against Hanumante under the ADA. A Memorandum in support of this Motion is filed herewith and is incorporated herein by reference.

This the 21st day of January 2025.

                                             **ENGLISH, LUCAS, PRIEST & OWSLEY, LLP**

                                             By: /s/ *D. Gaines Penn*
                                                 D. Gaines Penn
                                           1101 College Street
                                           P.O. Box 770
                                           Bowling Green, KY 42102-0770

                                      Telephone: (270) 781-6500
                                      Facsimile: (270) 782-7782
                                      Email: GPenn@elpolaw.com
                                      Attorneys for Defendant Om Hanumante LLC

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 21st day of January 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Colin G. Meeker
Blakemore, Meeker & Bowler Co., LPA
495 Portage Lakes Drive
Akron, OH 44319
330-253-3337
Fax: 330-253-4131
Email: cgm@bmblaw.com

Catherine Murr Young
Blackburn Domene & Burchett PLLC
614 W. Main St., Suite 3000
Louisville, KY 40202
502-584-1600
Fax: 502-584-9971
Email: cyoung@bdblawky.com

David Domene
Blackburn Domene & Burchett PLLC
614 W. Main St., Suite 3000
Louisville, KY 40202
502-584-1600
Fax: 502-584-9971
Email: ddomene@bdblawky.com

                                      /s/ D. Gaines Penn
                                      D. Gaines Penn